**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL YOUNGBLOOD,<br><br>Defendant. | No. C 09-00170 SBA<br><br>**ORDER**<br><br>[Docket No. 16] |

Before the Court is plaintiff's Request to Further Stay the Pre-Trial Release Order Issued by the Magistrate Judge to Permit the District Court the Opportunity to Hear and Decide the Government's Motion to Revoke the Order [Docket No. 16]. On March 3, 2009, Magistrate Judge Brazil released defendant to a halfway house, when and if space becomes available. *See* Docket No. 4. On March 5, 2009, on plaintiff's motion [Docket No. 8], Magistrate Judge Brazil stayed his March 3, 2009 Order, until March 10, 2009, so plaintiff could appeal the Order to this Court. *See* Docket No. 9. He also set a briefing schedule, with plaintiff's reply due on March 9, 2009. *See id.* Plaintiff now seeks to extend Judge Brazil's stay, until this Court disposes of its appeal. *See* Docket No. 16. Plaintiff's motion is GRANTED.

IT IS SO ORDERED.

March 10, 2009

_____
Saundra Brown Armstrong
United States District Judge