1 BARRY J. PORTMAN
Federal Public Defender
2 NED SMOCK
Assistant Federal Public Defender
3 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 Telephone: (510) 637-3500

5 Counsel for Defendant YOUNGBLOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-09-00170 SBA |
|---|---|---|
| Plaintiff, | ) ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO OCTOBER 20, 2009 |
| v. | ) ) | FOR JUDGMENT AND SENTENCING AND TO EXCLUDE TIME UNDER THE |
| DANIEL YOUNGBLOOD, | ) ) | SPEEDY TRIAL ACT AND ORDER |
| Defendant. | ) ) | Hearing Date: June 2, 2009 Time:         9:00 a.m. |

The above-captioned matter is set on June 2, 2009 before this Court for status. The parties jointly request that the Court continue the matter to October 20, 2009 at 10:00 a.m. for entry of plea, judgment, and sentencing, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), between the date of this stipulation and October 20, 2009.

Mr. Youngblood is charged under 18 U.S.C. § 2113(a) with unarmed bank robbery. The parties have reached a Federal Rule of Criminal Procedure 11(c)(1)(C) plea agreement and request that the Court take the parties' proposed plea agreement under submission and refer this matter to the United States Probation Office for a pre-plea presentence investigation.

If the Court agrees to take the parties' proposed agreement under submission, the parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(G) based on the Court's

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00170 SBA

consideration of the proposed plea agreement to be entered into by the defendant and the attorney for the Government. A copy of the plea agreement will be submitted with the Court's courtesy copy of this stipulation. The plea agreement has not been e-filed.

DATED: June 1, 2009  /S/
DOMINIQUE THOMAS
Assistant United States Attorney

DATED: June 1, 2009  /S/
NED SMOCK
Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the parties have reached a Rule 11(c)(1)(C) agreement and have submitted that agreement to the Court for consideration;

2. Given that the Court will take that plea agreement under submission until the United States Probation Office can prepare a pre-plea presentence investigation report;

Based on these findings, IT IS HEREBY ORDERED that this matter is referred to the United States Probation Office to prepare a pre-plea presentence investigation report. IT IS FURTHER ORDERED that the status date set for June 2, 2009, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and this matter is reset to October 20, 2009, at 10:00 a.m., for judgment, plea and sentencing.

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G) from the date of this Stipulation to October 20, 2009 based on the Court's consideration of the proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED: 6/5/09

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge